UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Martin Pena,<br><br>　　　　　　Defendant. | **CR-96-326-PHX-RCB**<br><br>**O R D E R** |

Pursuant to the foregoing motion, and good cause appearing:

IT IS HEREBY ORDERED dismissing the Indictment and quashing the arrest warrant. Excludable delay under 18 U.S.C. § 3161(h)___ is found to commence on _____ for a total of _____ days.

Dated this 1st day of December, 2011.

_____
Robert C. Broomfield
Senior United States District Judge